UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
IN RE APPLICATION OF REAL           :     Case No.
ESTATES INTERNATIONAL S.A.-
S.P.F. and MARC BRAUNER for         :
an Order Pursuant to
28 U.S.C. § 1782 to Conduct         :
Discovery for Use in a
Foreign Proceeding                  :            **ORDER**
------------------------------------------------x

This matter having come before the Court upon the Application of Real Estates International S.A.-S.P.F. and Marc Brauner for Discovery in Aid of Foreign Litigation pursuant to 28 U.S.C. § 1782, and the Court having considered the Application, the Declaration of François Reinard, with exhibits, and the supporting Memorandum of Law, and good cause appearing therefor,

It is hereby **ORDERED** that:

1. The Application be, and it hereby is, granted; and

2. Applicants be, and they hereby are, authorized to take discovery from the witnesses identified in the Application including issuing the subpoenas for the production of documents and taking of oral testimony in the forms attached as Exhibits 1 though 8 to the Application.

Signed this 28TH day of July, 2014

HON. GEORGE B. DANIELS    U.S.D.J.